IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BILLY WHITEHEAD,**
**ADC #600614**                                                                                              **PLAINTIFF**

**v.**            Case No. 4:14-cv-00372-KGB-JJV

**STEVE YOUNG, Commissioner, Arkansas**
**State Parole Board;** *et al*.                                                                       **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed with prejudice.

SO ORDERED this 20th day of May, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE